# EXHIBIT A



## About Us:

If you are experiencing challenges with your medical billing operations, we are here to resolve them efficiently with a strong commitment to accuracy, regulatory compliance and client satisfaction.

At **MD RCM Bridge**, we specialize in comprehensive medical billing services designed to streamline revenue cycles, reduce administrative burdens and maximize reimbursements for healthcare providers.

## The numbers do matter:

- 95 % Success rate upon first submission.
- Less than 3% A/R in over 90 days.
- 14 Days Average Medicare Turn Around.
- 10 Days Average Medicaid Turnaround.
- 15 Days Average Commercial Turnaround.
- 9:00 to 05:00 Live Chat and Phone Support

## Our Services:

- Assistance with Provider Credentialing and Enrollments
- Patient Scheduling
- Eligibility and Benefit Verification
- Authorization Request and Tracking
- Chronic Care Management (CCM Billing)
- Charge Entry- All Specialities
- Electronic and Paper Claims Submission
- Secondary Insurance Billing
- Account Receivables Management
- Old Account Receivables Recovery



- Extensive Insurance Follow Up
- Denial Review and Management
- Fee Schedule Review and Analysis
- Appeal submission on required Denials or Under Paid Claims
- Posting of Insurance (EOB) and Patient Payments
- Patient Statement Processing and Mailing
- Reports management

## HIPAA Compliance:

**MD RCM Bridge** realizes that the security, privacy and congeniality of healthcare information are paramount and take the necessary precautions to ensure it. Our security policy minimizes the risk of unauthorized information access, helps to prevent internal and external breaches, and ensure compliance with **HIPPA** regulatory standards. Our software and network design incorporate built-in security features. On top of that we employ the industry's leading security hardware and software, including Intrusion Prevention Systems, Host-based Security Software and Vulnerability Scanners.

What's best for you is best for us! We use the billing EMR you prefer, without your consent or approval we will not temper your existing preferences and increase your collection.

⊕ www.mdrcmbridge.com

✉ info@mdrcmbridge.com

📞 +1 (201) 632 - 5567

🖨 +1 (201) 632 - 5567

📍 35 Journal Sq, STE 492
Jersey City, NJ 07306, USA